UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRUCE M. JONES, II,

    Petitioner,

v.

I. JACQUEZ, Warden, FDC SeaTac,

    Respondent.

Case No. C18-1614-RSL

ORDER DISMISSING FEDERAL HABEAS PETITION

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted;

(2) Petitioner's federal habeas petition (Dkt. 4-1) is DISMISSED for lack of jurisdiction;

(3) Petitioner's application to proceed *in forma pauperis* (Dkt. 4) is DENIED as moot; and

(4) The Clerk is directed to send copies of this Order to petitioner and to the Honorable Mary Alice Theiler.

ORDER DISMISSING FEDERAL
HABEAS PETITION - 1

DATED this 5th day of February, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS PETITION - 2